UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

ORDER DENYING
CONFIRMATION

IN RE:
    VINCENT L MOORE, SR.
        Debtor(s)

CASE NO. 19-20344-PRW

A plan for reorganization under Chapter 13 of the Bankruptcy Code having been filed with the Court in the above-entitled matter on April 12, 2019, and a confirmation hearing having been noticed to the appropriate parties, and a hearing on confirmation having been conducted by this Court on December 2, 2019, and George Mitris, Esq., attorney for the debtor, and Debtor Vincent L Moore, Sr., having appeared in support of confirmation of the plan, and George M. Reiber, Chapter 13 Trustee, having appeared and opposed confirmation of the plan, and it appearing that said plan fails to meet the requirements of §1325, and due deliberation having been made, it is hereby,

ORDERED that confirmation of the Chapter 13 plan is hereby denied; and it is further

ORDERED that all creditors of this proceeding be, and they hereby are, notified of the denial of confirmation.

_____
HONORABLE PAUL R. WARREN
U.S. BANKRUPTCY JUDGE

Dated: Dec 5, 2019
Rochester, New York