# Notice Recipients

District/Off: 0209−2  User: admin  Date Created: 12/5/2019
Case: 2−19−20344−PRW  Form ID: pdforder  Total: 26

**Recipients of Notice of Electronic Filing:**
tr        George M. Reiber         trustee13@roch13.com
aty       Cara Michele Goldstein   cgoldstein@stcwlaw.com
aty       George Mitris            office@rocbk.com
aty       Robert L. Cook           robert.cook@tax.ny.gov

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Vincent L. Moore, Sr.          157 Fifth Street          Rochester, NY 14605
ntcapr      EB 1Eminy, LLC. and EB 2 Eminy, LLC.          c/o Stagg Terenzi Confusione & Wabnik          Attn: Cara M. Goldstein, Esq.          401 Franklin Avenue          Suite 300          Garden City, NY 11530
cr          New York State Department of Taxation and Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205−5300
21709131    boylan code llp          culver rd armory          145 Culver rd          Rochester, NY 14620
21709132    Child Support Enforcem          40 N Pearl St          Albany, NY 12243
21709133    City Of Rochester          treasurer's office          30 Church St. rm 100A          Rochester, NY 14614
21709134    EB 1EMINY LLC          16 School St. Ste 100          Rye, NY 10580
21727014    EB 1Eminy, LLC.          Stagg, Terenzi, Confusione &          Wabnik, LLP          401 Franklin Ave, Suite 300          Garden City, NY 11530
21727588    EB 1Eminy, LLC          P.O. Box 829686          Philadelphia, PA 19182
21709135    Internal Revenue Service          Department Of Treasury          PO Box7346          Philadelphia, PA 19101
21709136    Kathryn Smith, Esq.          United States Attorney's Office          100 State Street          Rochester, NY 14614
21715721    MC Child Support          ATTN: D. Mullins          33 N. Fitzhugh St.          Rochester, NY 14614
21709137    monroe county treasurer          39 West Main St.          Rochester, NY 14614
21709138    new york state department of taxation          civil enforcement− co −atc          WA Harriman Campus          Albany, NY 12227−0001
21709139    phillips lytle, llp          28 East Main St.          Rochester, NY 14614
21709140    propel financial services llc          7990 IH−10 west suite 200          San Antonio, TX 78230
21709141    Robert Cook, Esq          Counsel For Nys Dept Of Tax And Finance          340 East Main St          Rochester, NY 14604
21709142    Stagg Terenzi Confusione & Wabnik          Garden City, NY
21709143    Stagg Terenzi Confusione & Wabnik          401 Franklin Ave suite 300          Garden City, NY 11530
21711487    TLF National Tax Lien Trust 2017−1          PO Box 679034          Dallas, TX 75267−9034
21709144    Tower Capital Management          po box 399          Morristown, NJ 07963
21711747    US Bank as Cust for Tower DBW II Trust 2013−1          Po Box 780770          Philadelphia PA 19178−0770

TOTAL: 22