UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

_____

In re:

    Vincent L. Moore, Sr.,                          **NOTICE OF MOTION**
                                                                     Case No.: 19-20344-PRW
                                                                     Chapter 13

                      Debtor

_____

       PLEASE TAKE NOTICE that a hearing will be held before the Honorable Paul R. Warren, Bankruptcy Judge, on **February 6, 2020 at 10:00 a.m.** at the United States Bankruptcy Court, 100 State Street, Rochester, NY 14614 to consider the motion filed by the Chapter 13 Trustee, George M. Reiber, seeking (1) dismissal of the above titled case and (2) such other and further relief as the Court may deem just and proper.


Dated this  7th  day of January, 2020
Rochester, New York

                                                                         /s/_____
                                                                       George M. Reiber
                                                                       Chapter 13 Trustee
                                                                       3136 S. Winton Road
                                                                       Rochester, NY 14623
                                                                       (585) 427-7225

To:   Vincent L. Moore, Sr.,
       George Mitris, Esq.
       Cara Goldstein, Esq.
       United States Trustee

**NOTICE REGARDING ADJOURNMENT POLICY:**
**Please be advised the Trustee will NOT consent to adjourn this motion unless (1) opposition is timely filed; or (2) an agreement to adjourn between the parties is reached on or before three (3) business days prior to the motion's return date and filed with the Court. Ultimately, all adjournments are granted at the discretion of the Court.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

In re:

    Vincent L. Moore, Sr.,                      **MOTION TO DISMISS**
                                                    Case No.: 19-20344-PRW
                                                    Chapter 13

                   Debtor

      George M. Reiber, Chapter 13 Trustee, respectfully moves this Court for a dismissal of the above titled case pursuant to 1307(c)(1) and Fed. R. Bankr. P. 1017 for unreasonable delay, and U.S.C. § 1307(c)(5) because confirmation of the plan was denied.

      In support of this motion, the Trustee alleges as follows:

      1. On April 12, 2019 the Debtor filed a voluntary petition commencing a case under Chapter 13 of the Bankruptcy Code.  On the same day a Chapter 13 repayment plan was filed. The repayment plan stated that the voluntary plan payment would be $1,200 monthly for a 60-month term. The plan also stated that the term of the plan would start as of confirmation and all plan payments prior would be added to the plan.

      2. On December 2, 2019 the Confirmation hearing was held and confirmation was denied.  An Order Denying Confirmation was signed December 5, 201

WHEREFORE, the Trustee respectfully requests that the Court:

A. dismiss the above titled case for the reasons set forth above; and

B. grant any other relief as the Court deems just and proper.

Dated this 7th day of January, 2020
Rochester, New York

/s/
George M. Reiber
Chapter 13 Trustee
3136 S. Winton Road
Rochester, NY 14623
(585) 427-7225

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| WESTERN DISTRICT OF NEW YORK | |
| ROCHESTER DIVISION | |

_____

In re:                                                               **CERTIFICATE OF SERVICE**
Case No.: 19-20344-PRW
Chapter 13

        Vincent L. Moore, Sr.,

                Debtor

_____

I certify that on January 7, 2020, I served a copy of the Motion to Dismiss pursuant to 11 U.S.C. Section 1307, the Notice, along with Proposed Order, by First Class United States Mail, with adequate postage to ensure delivery to the following:

| | |
|---|---|
| Vincent L. Moore, Sr.,<br>70 Costar Street<br>Rochester, NY  14608 | United States Trustee<br>100 State Street, Room 6090<br>Rochester, NY  14614 |
| George Mitris, Esq.<br>2080 West Ridge Road<br>Rochester, NY  14626 | |
| Cara Goldstein, Esq.<br>Attorney for EB 1 and EB2 Eminy<br>401 Franklin Avenue<br>Garden City, NY  11530 | |

                                                                                   /s/ _____
                                                                                     Donna M. Sheesley