```
                        United States Bankruptcy Court
                        Western District of New York
```

In re:                                                              Case No. 19-20344-PRW
Vincent L. Moore, Sr.                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0209-2              User: admin              Page 1 of 1              Date Rcvd: Feb 07, 2020
                                  Form ID: pdforder        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2020.
db             +Vincent L. Moore, Sr.,    157 Fifth Street,    Rochester, NY 14605-2418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: ustpregion02.ro.ecf@usdoj.gov Feb 07 2020 18:41:51      Office of the U.S. Trustee,
                  100 State Street, Room 6090,   Rochester, NY 14614-1321
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:
              Cara Michele Goldstein    on behalf of Notice of Appearance Creditor    EB 1Eminy, LLC. and EB 2
               Eminy, LLC. cgoldstein@stcwlaw.com,   wcavanagh@stcwlaw.com
              George   Mitris    on behalf of Debtor Vincent L. Moore, Sr. office@rocbk.com,
               office@rocbk.com;slagana@georgemitrispc.com
              George M. Reiber    trustee13@roch13.com,   greiber@roch13.com
              Robert L. Cook    on behalf of Creditor   New York State Department of Taxation and Finance
               robert.cook@tax.ny.gov
                                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
ROCHESTER DIVISION

In re:                                                    **ORDER DISMISSING CASE**
                                                           Case No.: 19-20344-PRW

Vincent L. Moore, Sr.,                        Chapter 13

                    Debtor

The above Debtor, having been denied confirmation of their plan as appears from the sworn statement of the Trustee, and due notice having been given to said Debtor and attorney, and no one having appeared in opposition thereto,

Now on motion of George M. Reiber, Trustee, it is:

**ORDERED** that the petition filed under Chapter 13 of the Bankruptcy Code on April 12, 2019, be dismissed pursuant to 11 U.S.C. Section 1307(c)(5) for denial of the confirmation and 1307(c)(1) unreasonable delay prejudicial to Creditors; and it is further

**ORDERED** that the Court retains jurisdiction to receive and pass upon the final report of the Trustee and to make such further orders with respect to fees as may be necessary; and it is further

**ORDERED** that the Trustee shall take all necessary steps to close this case; and it is further

**ORDERED** that all creditors of this proceeding be, and they hereby are, notified of the dismissal of said petition, and that the Trustee shall give written notice of the dismissal to all creditors.

Dated: Feb 7 2020
Rochester, New York

HON. PAUL R. WARREN
U.S. BANKRUPTCY JUDGE